UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIAMONDEZ PIERRE,<br><br>Defendant. | Criminal No. 20-cr-10236-LTS |

## JOINT INTERIM STATUS REPORT

The Court scheduled the parties for an interim status conference on June 2, 2021. The government submits the following joint status report. For the reasons set forth below, the parties jointly request that the Court set an Interim Status Conference in approximately 60 days.

**1. Timing and Status of Discovery**

The government has provided automatic discovery and supplemental discovery to the defendant. The government is producing documents detailing the status of the forensic testing of the items seized and drug testing.

The government anticipates filing a motion for an order compelling the production of a sample of the defendant's DNA for comparison to a sample recovered from the firearm.

The government does not expect to file a protective order at this time. However, the government reserves the right to address the need for a protective order in a future filing.

The parties had discussions with the attorney representing the defendant in the state court matter and state probation officer to explore a global resolution of the cases. The state case is no longer pending.

### 2. Timing and Status of Pretrial Motions

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). The parties request that the date for the defendant to file pretrial motions be set upon the defendant's receipt and review of the supplemental discovery.

### 3. Excludable Delay

The parties request that the Court exclude the time period from June 2, 2021 to the date of the next Interim Status Conference, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Excluding such time is in the interests of justice because the government is in the process of obtaining additional discovery, and also, the defendant will need that time to review discovery, assess and file any pretrial motions, and prepare for a possible trial. The parties jointly agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and thus the ends of justice served by excluding this period outweigh the public and defendant's interest in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

### 4. Timing of Interim Status Conference

The parties request that the Court set another Interim Status Conference in approximately 60 days.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: s/ Glenn A. MacKinlay
Glenn A. MacKinlay
Assistant United States Attorney

Dated: June 2, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                      s/ Glenn A. MacKinlay
                                                      Glenn A. MacKinlay
                                                      Assistant U.S. Attorney

Dated: June 2, 2021