UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff  )<br>  )<br>  v.  )<br>  )<br>DIAMONDEZ PIERRE,  )<br>  )<br>  Defendant  )<br>_____ ) | CRIMINAL ACTION NO: 20-10236-LTS |

**MEMORANDUM IN SUPPORT OF SECOND MOTION FOR RELIEF FROM DETENTION DETERMINATION**

I. **Pierre should be released from custody because he suffers from Sickle Cell Disease which places him at greater risk of serious illness or death if he contracts COVID-19**.

Sickle cell disease (SCD) is an inherited blood cell disorder estimated to affect 100,000 people in the United States.[11] It is most common among Black or African-American people, affecting an estimated 1 in 365 Black or African-American people in the United States.[12] While healthy red blood cells are round and move through small blood vessels to carry oxygen to all parts of the body, in someone who has SCD, the red blood cells become hard and sticky and look like a C-shaped farm tool called a "sickle."[13] When these cells travel through small blood vessels, their sickle shape causes them to get stuck and clog the blood flow.[14] SCD affects nearly every organ system in the body and causes a lower life expectancy.[15]

Mr. Pierre suffers from SCD. His medical records from Plymouth County Correctional Facility (filed under seal as Exhibit A) indicate this diagnosis and ongoing care through the Chronic Care Clinic. The records document his report at intake that he was hospitalized due to

---

[11] https://www.cdc.gov/ncbddd/sicklecell/features/scd-and-covid-19.html
[12] *Id.*
[13] *Id.*
[14] *Id.*
[15] *Id.*

SCD complications shortly before entering custody.[16]

A study published in October 2020 found people with sickle cell disease who developed COVID-19 have high rates of hospitalization, intensive care unit admission, and death. The study revealed that 122 (69%) sickle cell patients were hospitalized during their COVID-19 illness, 19 (11%) were admitted to the intensive care unit (ICU) and 13 (7%) died. The study involved young people with an average age of 28.6 years,[17] and the researchers founds these rates "striking."[18] A previous report of the U.S. population at-large indicated the rate of death among people with COVID-19 was less than 1% for both people 20–44 years of age and those 45–54 years of age.[19] While the findings of high hospitalization, ICU admission, and death rates among people with COVID-19 and sickle cell disease were not "completely surprising," given the known health risks associated with sickle cell disease, "they highlight the need for people with SCD to take extra precautions to prevent COVID-19."[20]

In *United States v. McCall*, 465 F. Supp. 3d 1201, 1208 (M.D. Ala. 2020) the district court granted compassionate release to a petitioner suffering from Sickle Cell Disease. The Court found that people with SCD do not exhibit the same symptoms as the ordinary person when they contract COVID-19. As the court in *McCall* explained:

> Sickle cell disease expert Dr. Shah explained that sickle cell disease patients exhibit some COVID-19 symptoms different from those of the general population. While the classic symptoms of COVID-19 include cough, fever, and respiratory symptoms, approximately 60 to 65 % of COVID-19 patients with sickle cell disease report pain.

---

[16] At Pierre's prior detention hearing it was discussed that he had been hospitalized for 2-3 weeks for SCD complications in June of 2020, which was the reason that he had stopped participating in the limited ROCA programming being offered remotely. He was hospitalized at Boston Medical Center which is where he has received treatment for SCD for years. Counsel has submitted signed requests to Boston Medical Center on three occasions for his records related to SCD, using the release form supplied by BMC which was signed by Pierre, and has had each request rejected. Her requests for the local field representative of company that processes medical record requests for BMC to call her to assist in this matter have gone unanswered. Pierre's PCCF records are sufficient to corroborate his condition.
[17] Pierre turned 24 earlier this week.
[18] *Id.*
[19] *Id.*
[20] *Id.*

*Id.* (releasing the defendant because "[t]he court will not play Russian roulette with McCall's life.")

Counsel is aware of two grants of compassionate release motions for individuals suffering from sickle cell disease in this district. *U.S. v. Jairo Fernandez*, 3-CR-10282-DJC; *U.S. v. Yoelly Carmenatty*, 15-CR-10224.

**II.   Pierre should be released from custody because he suffers from asthma which places him at greater risk of serious illness or death if he contracts COVID-19.**

Mr. Pierre also suffers from asthma[21] which puts him at higher risk of serious illness. The CDC makes clear that "[p]eople with moderate to severe asthma may be at higher risk of getting very sick from COVID-19 [because] COVID-19 can affect your respiratory tract (nose, throat, lungs), cause an asthma attack, and possibly lead to pneumonia and acute respiratory disease."[22] Researchers found that among patients between the ages of 20 and 59, those with asthma required an average of 5 days more on a ventilator than patients of the same age group put on a ventilator who did not have asthma.[23]

**III.   COVID-19 remains a risk to vaccinated prisoners like Pierre.**

On July 27, 2021, the Centers for Disease Control and Prevention (CDC) changed its masking guidance given the increased capability of the Delta variant to cause breakthrough infections in fully vaccinated people. The CDC now recommends that people, regardless of vaccination status, should "wear a mask indoors in public if you are in an area of substantial or high transmission." Beyond taking additional precautions in those areas of the country,

---

[21] This condition is documented in Pierre's PCCF records.
[22] CDC, *People with Moderate to Severe Asthma.* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/asthma.html (accessed August 8, 2020).
[23] Reinberg, S. May 20, 2020. 'Asthma Ups Ventilator Needs of Younger Adults With COVID-19: Study.' *US News.* Available at: https://www.usnews.com/news/health-news/articles/2020-05-20/asthma-ups-ventilator-needs-of-younger-adults-with-covid-19-study (accessed August 8, 2020)

"[w]earing a mask is most important if you have a weakened immune system or if, because of your age or an underlying medical condition, you are at increased risk for severe disease[.]"[24]

The CDC changed its guidance in significant part due to a new study demonstrating that breakthrough coronavirus infections, although less likely overall for fully vaccinated people, are more common than once believed. It appears the culprit for this trend is the Delta variant. In Provincetown, Massachusetts, where vaccination coverage is high, during July 3-17, 2021 in the midst of big summer events, 469 cases of COVID-19 arose and 74% of those cases were in fully vaccinated people.[25] Five people, four of whom had been fully vaccinated, were hospitalized and no deaths were reported.[26] Of the four hospitalized, two of them had underlying medical conditions.[27] The median age for these breakthroughs was 42 years old.[28] 79% of this cohort reported "signs or symptoms, with the most common being cough, headache, sore throat, myalgia, and fever."[29] From this data, the scientists concluded that current CDC guidance may not be robust enough: "Findings from this investigation suggest that even jurisdictions without substantial or high COVID-19 transmission might consider expanding prevention strategies, including masking in indoor public settings regardless of vaccination status[.]"[30]

Undersigned counsel met with Mr. Pierre in person at Plymouth Correctional on October 28, 2021. The visiting room is located on an upper flood and Counsel walked down a long hall, took an elevator, and then walked down another hall to reach her destination, passing many corrections officers and several people in custody along the way. Mr. Pierre was wearing an ill-

---

[24] See https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated.html.
[25] Brown CM, Vostok J, Johnson H, et al. Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings – Barnstable County, Massachusetts, July 2021. MMWR Morb Mortal Wkly Rep. ePub: 30 July 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7031e2 (at page 1).
[26] *Id.* at p. 2.
[27] *Id.*
[28] *Id.*
[29] *Id.*
[30] *Id.* at p. 4

fitting cloth mask provided by the jail. All but one corrections officer pushed their masks down below their chins and many of the people in custody wore their masks below their noses.

      The Plymouth County Sherriff has not provided a tally of staff and prisoners with COVID-19 to the SJC since September 15, 2021. Its silence on the subject should not be interpreted to mean that there are no COVID cases at the facility. In fact, there are reports of recent spikes in COVID cases at local county facilities that are reporting their numbers to the SJC. Presently there are 100 infected prisoners at the Middleton facility in Essex County, a dramatic increase from five days prior when the jail reported 57 active cases.[31]  Additionally, 28 staff members, vendors and volunteers have tested positive. The Essex Sherriff reported no active cases as recently as October 15, 2021. At the Worcester County facility, there are 68 active cases among the 654 prisoners detained. In Bristol County there are 47 active cases and at Middlesex County there are now 7 active cases despite weeks of lockdown and suspended visits following an outbreak that began at the end of October. Like anyone living in a congregate setting, Pierre has a high likelihood of contracting the COVID-19 virus and his medical condition puts him at risk of serious illness or death.

      Plymouth County and neighboring Bristol County have the highest positivity rates of all counties in Massachusetts. https://www.mass.gov/doc/county-level-positivity-rates-november-10-2021/download As this is a county jail, most of the detainees likely live in Plymouth County or neighboring counties and the same is true of its staff.

      It is dangerous for Mr. Pierre to remain in custody given his underlying medical condition. He faces the risk of catching a breakthrough case of COVID and suffering serious symptoms. Release on conditions is warranted given the circumstances of his case and because of his medical condition.

---

[31] Becker, Debra. "Covid-19 cases spike in Massachusetts jails and prisons after months of minimal spread." WBUR, November 15, 2021. https://www.wbur.org/news/2021/11/15/covid-19-massachusetts-prisons (last accessed November 16, 2021)

Respectfully submitted,

*/s/ Keren Goldenberg*

_____

Keren Goldenberg/BBO #657629
19A Alexander Ave.
Belmont, MA  02478
Tel. (617) 431-2701
Fax (978) 401-0803
keren@kgdefenselaw.com

Date: November 18, 2021

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

*/s/ Keren Goldenberg*