UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20-cr-10236-LTS |
| | ) | |
| DIAMONDEZ PIERRE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S THIRD MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S DETENTION DETERMINATION**

Now comes the United States, by and through the undersigned Assistant United States Attorney, and hereby opposes the defendant's motion for relief from detention order due to change in case circumstances ("Motion for Relief"). *See* ECF Dkt. 73. This is now, at the least, the *third* such filing with this request by the defendant in the past seven months. For the reasons offered previously by the government, and articulated in prior Orders of the Court on December 10, 2020, June 17, 2021, September 14, 2021 and November 22, 2021, this Court should summarily deny the motion for reconsideration. *See* ECF Dkt. 10, 34, 57, 72.

This latest filing does not change anything, and the defendant must be detained pending trial because the government has proven both, by clear and convincing evidence, that no condition of release would reasonably assure, 1) the safety of the community and 2) the defendant's appearance as required. *See* ECF Dkt. 50. While the government also recognizes the seriousness of the COVID-19 pandemic, the defendant's reasonings during the course of this case do not warrant revisiting the issue of his detention in this case. *See* ECF Dkt. 72.

Moreover, the Court's reasoning for detention was supported by the defendant's prior criminal history, participation in criminal activity while on probation, parole, or supervision, history of violence or use of weapons, history of alcohol or substance abuse, lack of stable employment, significant family or other ties outside the United States, prior failure to appear in

court as ordered, and prior violations of probation, parole, or supervised release. *See* ECF Dkt. 34, 57.

For all of the reasons articulated herein and previously, the government respectfully requests that this Court deny the motion for relief.  Should the Court disagree, the government requests additional time to file a memorandum opposing this motion.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   */s/ John T. Dawley, Jr.*
      John T. Dawley, Jr.
      Assistant United States Attorney

Date:  January 10, 2022

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      */s/ John T. Dawley, Jr.*
      John T. Dawley, Jr.
      Assistant United States Attorney

Date:  January 10, 2022